01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09 UNITED STATES OF AMERICA,     )   Case No. CR99-588-JCC
                            )
10      Plaintiff,         )
                            )
11      v.               )   SUMMARY REPORT OF U.S.
                            )   MAGISTRATE JUDGE AS TO
12 MICHAEL ORRIN GRIFFIN,     )   ALLEGED VIOLATIONS
                            )   OF SUPERVISED RELEASE
13      Defendant.       )
   _____ )
14

15      An evidentiary hearing on supervised release revocation in this case was scheduled before

16 me on December 15, 2005.  The United States was represented by AUSA Andrew C.  Friedman

17 and the defendant by Timothy McGarry.  The proceedings were recorded on cassette tape.

18      Defendant had been sentenced on or about February 4, 2000, by the Honorable John C.

19 Coughenour on a charge of Bank Robbery and sentenced to 46 Months Custody, three years

20 Supervised Release.

21      The conditions of supervised release included requirements that defendant comply with

22 all local, state, and federal laws and with the standard conditions of supervision.  Other special

23 conditions included narcotic addiction/drug dependency treatment and testing, refrain from

24 alcohol and other intoxicants, submit to search, participate in a mental health program, and

25 restitution in the amount of $1,717.53.  (Dkt. 20)

26      Defendant's supervised release was modified on May 21, 2003, to require residence in

01 a halfway house for up to 120 days. (Dkt. 23). An additional 120 days was added on July 16,

02 2003. (Dkt. 24).

03        A warrant was issued on July 29, 2003, based on a report from defendant's probation

04 officer alleging that he had failed to abide by the rules and regulations of the halfway house,

05 failed to report for urinalysis testing, failed to report a change of residence, and failing to

06 participate in drug and mental health counseling. (Dkt. 25).  The conditions of supervised release

07 were modified on September 13, 2004, to require residence in a halfway house for up to 120

08 days, to secure employment and participate in substance abuse and/or mental health treatment

09 as required by his probation officer. (Dkt. 33).

10        In an application dated November 15, 2005, U.S. Probation Officer Michael J. Larson

11 alleged the following violations of the conditions of supervised release:

12        1.        Committing the crime of Bank Robbery on or about November 14, 2005, in

13 violation of 18 U.S.C. § 2113(a) and the mandatory condition of supervised release prohibiting

14 him from committing another federal, state or local crime.

15        2.        Using cocaine on or about October 5, 2005, in violation of standard condition

16 number seven.

17        3.        Failing to submit a truthful and complete written report within the first five days

18 of the month for September 2005 and October 2005 in violation of standard condition number

19 two.

20        4.        Failing to notify the probation officer at least ten days prior to any change in

21 residence, in violation of standard condition number six.

22        5.        Failing to make restitution payments in monthly installments as directed by the

23 probation officer for June 2005, July 2005, and August 2005 in violation of the special condition

24 requiring he pay restitution during the period of supervision as directed by the probation officer.

25        Defendant appeared before the Honorable Monica J. Benton on November 17, 2005, and

26 was advised in full as to those charges and as to his constitutional rights. He requested an

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 2

01 evidentiary hearing.  On November 21, 2005, defendant admitted violations two through five

02 of the alleged violations and waived any evidentiary hearing as to whether they occurred.  He

03 requested an evidentiary hearing on violation number one, which was scheduled for

04 December 15, 2005.  On that date, he admitted violation one and waived any evidentiary hearing

05 as to whether it occurred.

06      I therefore recommend the Court find defendant violated his supervised release as alleged

07 and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will

08 be set before the Hon. John C. Coughenour.

09      Pending a final determination by the Court, defendant has been detained.

10      DATED this 15th day of December, 2005.

11

12 JAMES P. DONOHUE
   United States Magistrate Judge

13

14

15 cc:   District Judge:        Honorable John C. Coughenour
      AUSA:            Andrew Friedman

16       Defendant's attorney:   Timothy McGarry
      Probation officer:     Michael J. Larson

17

18

19

20

21

22

23

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 3